UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YIORKIS PINEDA-LAURENCIO,<br>  Petitioner,<br>      v.<br>WILLIAM GITTERE, *et al.*,<br>  Respondents. | Case No. 3:18-cv-00592-LRH-WGC<br><br>ORDER |

In this habeas corpus action, the Court appointed counsel to represent the petitioner, Yiorkis Pineda-Laurencio. Pineda-Laurencio is now due to pay the filing fee for this action or file an application to proceed *in forma pauperis* by February 14, 2019, and to file an amended petition by April 25, 2019. *See* Order entered January 25, 2019 (ECF No. 6).

On February 14, 2019, Pineda-Laurencio filed a motion for extension of time (ECF No. 7), requesting an extension of time, to April 30, 2019, to pay the filing fee or file an *in forma pauperis* application. The respondents do not oppose the extension of time. The Court finds that the request for an extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause to extend this deadline. The Court finds, however, that the amount of time requested is excessive; the petitioner does not explain why so much time is necessary to pay the filing fee or apply for *in forma pauperis* status.

1

**IT IS THEREFORE ORDERED** that the petitioner's Motion for Extension of Time (ECF No. 7) is **GRANTED IN PART AND DENIED IN PART**. The petitioner will have until **March 22, 2019**, to either pay the filing fee for this action or file an application to proceed *in forma pauperis*.

DATED this 20th day of February, 2019.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE