UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YIORKIS PINEDA-LAURENCIO,<br><br>　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　Respondents. | Case No. 3:18-cv-00592-LRH-WGC<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS* |

In this habeas corpus action, on March 20, 2019, the petitioner, Yiorkis Pineda-Laurencio filed an application to proceed *in forma pauperis* (ECF No. 9). Based on the information provided in the application to proceed *in forma pauperis*, good cause appearing, that application will be granted. Pineda-Laurencio will not be required to pay the filing fee.

**IT IS THEREFORE ORDERED** that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 9) is **GRANTED**. Petitioner is granted leave to proceed *in forma pauperis*. Petitioner will not be required to pay the filing fee for this action.

DATED this 21st day of March, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LARRY R. HICKS,
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1