# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YIORKIS PINEDA-LAURENCIO,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:18-cv-00592-LRH-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

In this habeas corpus action, the Court has appointed counsel for the petitioner, Yiorkis Pineda-Laurencio, and, with counsel, Pineda-Laurencio was due to file an amended habeas petition by April 25, 2019. *See* Order entered January 25, 2019 (ECF No. 6).

On April 25, 2019, Pineda-Laurencio filed a motion for extension of time (ECF No. 12), requesting a 75-day extension of time, to July 9, 2019, to file his amended petition. Pineda-Laurencio's counsel states that the extension of time is necessary because of the complexity of this case, because Pineda-Laurencio only speaks Spanish, and because of Pineda-Laurencio's intellectual disabilities. This would be the first extension of this deadline. The respondents do not oppose the motion for extension of time.

The Court finds that Pineda-Laurencio's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 12) is **GRANTED** *nunc pro tunc*. Petitioner will have until and including **July 9, 2019**, to file his amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 25, 2019 (ECF No. 6) will remain in effect.

DATED this 28th day of May, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE