# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YIORKIS PINEDA-LAURENCIO,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:18-cv-00592-LRH-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 14)**

In this habeas corpus action, the Court has appointed counsel for the petitioner, Yiorkis Pineda-Laurencio, and, with counsel, Pineda-Laurencio was originally due to file an amended habeas petition by April 25, 2019. *See* Order entered January 25, 2019 (ECF No. 6). On May 28, 2019, the Court granted Pineda-Laurencio an extension of time, extending the due date for the amended petition to July 9, 2019. *See* Order entered May 28, 2019 (ECF No. 13).

On July 9, 2019, Pineda-Laurencio filed a motion for extension of time (ECF No. 14), requesting a second extension of time, of 90 days, to October 7, 2019. Pineda-Laurencio's counsel states that the extension of time is necessary because of the complexity of this case, because Pineda-Laurencio only speaks Spanish, because of Pineda-Laurencio's intellectual disabilities, because of counsel's obligations in other cases, and because of time away from his office. The respondents do not oppose the motion for extension of time.

The Court finds that Pineda-Laurencio's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

1    **IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 14) is **GRANTED**. Petitioner will have until and including **October 7, 2019**, to file his amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 25, 2019 (ECF No. 6) will remain in effect.

DATED this 11th day of July, 2019.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE