UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YIORKIS PINEDA-LAURENCIO,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:18-cv-00592-LRH-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 16)**

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Yiorkis Pineda-Laurencio, a Nevada prisoner.

After two extensions of time, of 75 and 90 days, respectively, Pineda-Laurencio was due to file an amended habeas petition by October 7, 2019. *See* Order entered January 25, 2019 (ECF No. 6); Order entered May 28, 2019 (ECF No. 13); Order entered July 11, 2019 (ECF No. 15).

On October 7, 2019, Pineda-Laurencio filed a motion for extension of time, requesting a third extension of time, of 120 days, to February 4, 2020 (ECF No. 16). Petitioner's counsel states that this extension of time is necessary in order to further investigate this case, in particular his client's possible brain damage and its ramifications. Counsel also notes that this extension of time would serve to coordinate the schedule in this case with the schedule in Pineda-Laurencio's other habeas action (Case No.2:19-cv-00477-LRH-EJY), in which Pineda-Laurencio's amended petition is due on February 4, 2020. Respondents do not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The Court will grant the extension of time as requested.

However, counsel is cautioned that, even in this relatively complex noncapital habeas corpus action, this is an unusually long extension of time. Counsel has already had the case for some nine months. The Court will not look favorably upon any motion to further extend this deadline.

Further, this extension of time – and any other extension of time – is not intended by the Court to extend or toll, or otherwise affect in any manner, any applicable limitations period.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 16) is **GRANTED**. Petitioner will have until and including **February 4, 2020**, to file a first amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered January 25, 2019 (ECF No. 6), will remain in effect.

DATED THIS 17th day of October, 2019.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE