UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YIORKIS PINEDA-LAURENCIO,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:18-cv-00592-LRH-WGC

**ORDER GRANTING MOTION TO SEAL (ECF NO. 19)**

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Yiorkis Pineda-Laurencio, a Nevada prisoner.

Pineda-Laurencio, represented by appointed counsel, filed an amended habeas petition on February 4, 2020 (ECF No. 18). On that date, Pineda-Laurencio also filed a motion for leave of court to file certain exhibits under seal (ECF No. 19). In that motion, Pineda-Laurencio requests leave of court to file under seal copies of materials related to his physical and mental health (Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10), and a presentence investigation report (Exhibit 11) (ECF Nos. 20, 21, 22 and 23). There is a strong presumption in favor of public access to judicial filings and documents. *See Nixon v. Warner Communication, Inc.*, 435 U.S. 589, 597 (1978); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). However, a federal court has inherent power over its own records and files, and access may be denied where the court determines that the documents may be used for "improper purposes." *Nixon*, 435 U.S. at 598; *Kamakana*, 447 F.3d at 1179. Under Nevada law, a presentence investigation report is confidential, and is not to be made part of a public record. *See* NRS 176.156(5). And, the other documents Pineda-Laurencio seeks to file under seal contain information regarding his physical health, mental health, and other

1

| | |
|---|---|
| 1 | private matters. In light of the state law, and in light of Pineda-Laurencio's concerns |
| 2 | regarding his privacy, the Court finds that there is good cause for these exhibits to be |
| 3 | filed under seal. The motion for leave to file exhibits under seal will be granted. |
| 4 | **IT IS THEREFORE ORDERED** that petitioner's Motion to Seal (ECF No. 19) is |
| 5 | **GRANTED**. As the subject documents (Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 and 11) have |
| 6 | already been filed under seal (ECF Nos. 20, 21, 22 and 23), no further action is |
| 7 | necessary in this regard. |
| 8 | |
| 9 | DATED this 27th day of February, 2020. |

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE