UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YIORKIS PINEDA-LAURENCIO,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:18-cv-00592-LRH-WGC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 30)** |

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Yiorkis Pineda-Laurencio, a Nevada prisoner. After a 42-day extension of time, the respondents were due to file a response to Pineda-Laurencio's amended habeas petition by May 18, 2020. *See* Order entered January 25, 2019 (ECF No. 6); Order entered March 31, 2020 (ECF No. 28).

On May 18, 2020, Respondents filed a motion for extension of time (ECF No. 30), requesting an extension of time to May 22, 2020 (a 4-day extension), to file their response. Respondents' counsel states that the extension of time is necessary because of illness of family members. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 30) is **GRANTED**. Respondents will have until and including **May 22, 2020**, to file their response to the amended petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 25, 2019 (ECF No. 6) will remain in effect.

DATED this 19th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE