1

2                        UNITED STATES DISTRICT COURT

3                              DISTRICT OF NEVADA

4

5    YIORKIS PINEDA-LAURENCIO,                Case No. 3:18-cv-00592-LRH-WGC

6          Petitioner,

7          v.                                 **ORDER GRANTING MOTION FOR
                                              EXTENSION OF TIME**
8                                             **(ECF NO. 39)**

9    WILLIAM GITTERE, *et al.*,

10         Respondents.

11

12

13         This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254,

14   by Yiorkis Pineda-Laurencio, a Nevada prisoner. Respondents filed a motion to dismiss

15   on May 22, 2020 (ECF No. 32). Pineda-Laurencio's response to the motion to dismiss

16   was due on July 21, 2020. *See* Order entered January 25, 2019 (ECF No. 6) (60 days

17   for response).

18         On July 21, 2020, Pineda-Laurencio filed a motion for extension of time (ECF No.

19   39), requesting an extension of time to September 21, 2020 (a 60-day extension), to file

20   his response. His counsel states that the extension of time is necessary because of the

21   complexity of the motion to dismiss and her obligations in other cases. The respondents

22   do not oppose the motion for extension of time.

23         The Court finds that Pineda-Laurencio's motion for extension of time is made in

24   good faith and not solely for the purpose of delay, and that there is good cause for the

25   extension of time requested. The Court will grant the extension of time as requested.

26   However, given the length of time Pineda-Laurencio will have had to respond to the

27   motion to dismiss (four months), the Court will not look favorably upon any motion to

28   further extend this deadline.

                                             1

1  **IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time

2  (ECF No. 39) is **GRANTED**. Petitioner will have until and including **September 21,**

3  **2020**, to file his response to the motion to dismiss.

4  **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further

5  proceedings set forth in the order entered January 25, 2019 (ECF No. 6) will remain in

6  effect.

7

8  DATED this 24th day of July, 2020.

9

10  _____

11  LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE

2